**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                             Case No. 19-11309

10 MILE & I94 PETRO MART INC.,
et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 35) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendants 23 & Van Dyke BP, Inc., 7 Mile & Coyle Fuels, Inc., and 75 & West Road, Inc., in the amounts listed below which are inclusive of costs and attorneys' fees.

 Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant 23 & Van Dyke BP, Inc., in the amount of $63,714.01.

2. Plaintiff shall receive a judgment against Defendant 7 Mile & Coyle Fuels, Inc., in the amount of $63,714.01.

3. Plaintiff shall receive a judgment against Defendant 75 & West Road, Inc., in the amount of $63,714.01.

Dated January 3, 2020

                                      DAVID J. WEAVER
                                   CLERK OF THE COURT


                                  <u>S/Lisa Wagner</u>
                                  By: Case Manager and Deputy Clerk to
                                       Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-11309.OUTLAW.Judgment.RMK.docx